YONKERS LODGE No. 707 BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA et al., Respondents, *v.* BOARD OF EDUCATION OF THE CITY OF YONKERS et al., Appellants.

Argued May 26, 1944; decided July 19, 1944.

*John J. Broderick, Corporation Counsel (J. Raymond Hannon* of counsel), for appellants.

*Irving J. Bland* and *Sydney A. Syme* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.